**STATE of Missouri, Plaintiff–
Respondent,**

v.

**Marcellus WILLIAMS, Defendant–
Appellant.**

**No. ED 77471.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 19, 2001.

Application to Transfer Denied
April 24, 2001.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Asst. Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Marcellus Williams ("Defendant") appeals the judgment entered upon his conviction for first-degree robbery, Section 569.020 RSMo. (1994);[1] armed criminal action, Section 571.015; and unlawful use of a weapon, Section 571.030.1 RSMo. Supp. (1999). Defendant was sentenced to concurrent terms of twenty years for the first-degree robbery, twenty years for armed criminal action, and seven years for unlawful use of a weapon. Defendant alleges that: (1) the trial court plainly erred in finding him a persistent felony offender under Section 558.016; and (2) the trial court erred in denying his motion for judgment of acquittal. We have reviewed the briefs of the parties and the record on appeal and conclude that: (1) Defendant suffered no manifest injustice or miscarriage of justice in being sentenced as a persistent offender; and (2) there was sufficient evidence to show that Defendant was carrying a concealed weapon. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment

1. All statutory references are to RSMo. (1994)

pursuant to Missouri Rule of Criminal Procedure 30.25(b).

